

UNITED DATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

| | |
|---|---|
| SEANA CROMITIE, on behalf of herself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAZER APPLIANCE, INC., )<br>)<br>Defendant. ) | Case No. 23-cv-04142-JGLC |

**JOINT LETTER MOTION FOR EXTENSION OF TIME**

In accordance with Local Civil Rules 5.2(b) and 7.1(d) and with Rules 2(a) and 2(e) of Your Honor's Individual Rules and Practices in Civil Cases, Plaintiff Seana Cromitie and Defendant Mazer Appliance, Inc. jointly move the Court to extend the Parties' deadline to submit a joint letter to the Court requesting next steps in the case for thirty days, or to October 30, 2023.

In support of this request for an extension, the Parties state the following:

1. On August 15, 2023, the Court entered an Order requiring the Parties to meet and confer and engage in good-faith attempts to settle this matter. *See* **Exhibit A**, Dkt. No. 8. That Order also directed the Parties to file a Joint Letter by September 29, 2023, requesting referral to mediation, referral to a magistrate judgment for a settlement conference, or an initial pretrial conference. *Id.*

2. Since then, the Parties have worked diligently to try and resolve the matter, and the Parties continue to work toward negotiating a resolution in this case.

3. Due to travel schedules and upcoming religious holidays, the Parties respectfully ask the Court to extend the deadline for them to file a Joint Letter with the Court (requesting referral to mediation, referral to a magistrate judgment for a settlement conference, or an initial

pretrial conference) by thirty (30) days so that they can continue to negotiate a potential settlement. The Parties are hopeful that a resolution can be reached without the need for Court intervention.

4. This is the Parties' first such request for an extension of time to file the Joint Letter with the Court, and both Parties consent to this Joint Letter Motion. Further, there are currently no scheduled Court appearances for this matter, and no Party will be prejudiced by the requested extension.

For these reasons, the Parties jointly and respectfully request that this Court enter an Order extending the time for them to file a joint letter with the Court to October 30, 2023.

                  Respectfully submitted,

                  */s/ Mark Rozenberg*
                  Mark Rozenberg, Esq.
                  Attorney for Plaintiff

**OF COUNSEL:**
STEIN SAKS PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
Tel: (201) 282-6500
Fax: (201) 282-6501
mrozenberg@steinsakslegal.com

                  */s/ Lindsay E. Ray*
                  Lindsay E. Ray, Esq.
                  Attorney for Defendant

**OF COUNSEL:**
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 20
Nashville, Tennessee 37203
Telephone (615) 726-7318
lray@bakerdonelson.com

          Application GRANTED. The parties' deadline to file a joint status letter is extended to **October 30, 2023.** The Clerk of Court is respectfully directed to terminate the motion at ECF No. 9.

          SO ORDERED.

          *Jessica Clarke*

          JESSICA G. L. CLARKE
          United States District Judge

          Dated: September 29, 2023
             New York, New York